**Jerome J. LITTLE, II, Appellant,**

v.

**Frank ATKINSON; James Rush; Sebastian County; Unknown Defendants, Appellees.**

No. 05–3166.

United States Court of Appeals, Eighth Circuit.

Submitted: March 17, 2006.

Decided: April 20, 2006.

Mark Eugene Ford, Fort Smith, AR, for Appellant.

Michael R. Rainwater, Scott Paris Richardson, Jason E. Owens, Jason William Massey, Duncan & Rainwater, Little Rock, AR, for Appellees.

Before WOLLMAN and RILEY, Circuit Judges, and ROSENBAUM,[1] District Judge.

PER CURIAM.

Jerome J. Little II appeals from the district court's[2] dismissal of his 42 U.S.C. § 1983 conditions of confinement claim. For reversal, Little argues that the clear weight of the evidence does not support the judgment. Having carefully reviewed the record and the parties' briefs, we conclude that the district court's findings of fact are not clearly erroneous and that the evidence presented supports the district court's judgment.

Accordingly, we affirm the judgment on the basis of the district court's thorough memorandum opinion. *See* 8th Cir. Rule 47B.

1. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, sitting by designation.

2. The Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, to whom this case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).